## Jacob Seidner and Rose Seidner, Plaintiffs-Appellants, v. Joseph Scardina, Defendant-Appellee.

**Gen. No. 47,867.**

First District, Third Division.

May 11, 1960.

Rehearing denied September 12, 1960.

Seidner and Seidner, of Chicago, for appellants; Samuel Nineberg, of Chicago, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**